Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−31060−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Wolf                                                     Cyndi L. Wolf
   4 Emerson Drive                                    aka Cindy L. Wolf
   Morganville, NJ 07751                      4 Emerson Drive
                                                           Morganville, NJ 07751

Social Security No.:
   xxx−xx−4247                                          xxx−xx−0546
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on June 15, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 15, 2017
JAN: bwj

                                                                                                  Jeanne Naughton
                                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-31060-MBK
Steven Wolf                                                             Chapter 13
Cyndi L. Wolf
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jun 15, 2017
                              Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db/jdb         +Steven Wolf,    Cyndi L. Wolf,    4 Emerson Drive,    Morganville, NJ 07751-1509
cr             +JPMORGAN CHASE BANK, N.A.,    P. O. Box 9013,    Addison, TX 75001-9013
lm             +Valley National Bank,    P.O. Box 954,    Wayne, NJ 07474-0954
cr             +Valley National Bank,    Stern Lavinthal & Frankenberg,    105 Eisenhower Parkway,   Suite 302,
                 Roseland, NJ 07068-1640
516481229     #+ACB Receivables,    19 Main Street,    Asbury Park, NJ 07712-7012
516481233      JCP&L,    P.O. Box 16001,    Reading, PA 19612-6001
516481235     +Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Pky-Suite 302,    Roseland, NJ 07068-1640
516481236      Tax Collector,    Township Of Marlboro,    1979 Township Drive,    Marlboro, NJ 07746-2299
516639217     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516481238     +Vnb- Mortgage Services,    1720 Rt 23 North,    Wayne, NJ 07470-7524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2017 22:47:07    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2017 22:47:03    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516481230      +EDI: CHASE.COM Jun 15 2017 22:38:00      Chase,    P.O. Box 901039,   Fort Worth, TX 76101-2039
516481231      +EDI: CHASE.COM Jun 15 2017 22:38:00      Chase,    201 N. Walnut St//de1-1027,
                 Wilmington, DE 19801-2920
516481232       EDI: IRS.COM Jun 15 2017 22:38:00      IRS,    Cincinnati, OH 45999-0039
516589921       EDI: MERRICKBANK.COM Jun 15 2017 22:38:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
516481234      +EDI: MERRICKBANK.COM Jun 15 2017 22:38:00      Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
516702968       EDI: PRA.COM Jun 15 2017 22:38:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516676397      +EDI: JEFFERSONCAP.COM Jun 15 2017 22:38:00      Premier Bankcard, LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
516666435      +EDI: RMSC.COM Jun 15 2017 22:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516481237       EDI: TFSR.COM Jun 15 2017 22:38:00      Toyota Motor Credit,    4 Gatehall Drive 350,
                 Parsippany, NJ 07054
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516503015*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 15, 2017
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Francesca Ann Arcure    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj_ecf_notices@buckleymadole.com
          Jeanette F. Frankenberg    on behalf of Creditor    Valley National Bank cmecf@sternlav.com
          Scott E. Kaplan    on behalf of Debtor Steven  Wolf scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com
          Scott E. Kaplan    on behalf of Joint Debtor Cyndi L. Wolf scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com

                                                                                                                      TOTAL: 6