| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

| In re:<br><br>Steven Wolf<br>Cyndi L. Wolf |
|---|

Order Filed on June 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-31060 / MBK

Hearing Date: June 13, 2017

Judge:  Michael B. Kaplan

## ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: June 15, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a Modified Plan
- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that the Debtor(s) attorney be and is hereby allowed a fee of $1903.50 to be paid from funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Wolf  
Cyndi L. Wolf  
    Debtors

Case No. 16-31060-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 15, 2017  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.  
db/jdb        +Steven Wolf,    Cyndi L. Wolf,    4 Emerson Drive,    Morganville, NJ 07751-1509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj_ecf_notices@buckleymadole.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Valley National Bank cmecf@sternlav.com  
         Scott E. Kaplan    on behalf of Debtor Steven   Wolf scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com  
         Scott E. Kaplan    on behalf of Joint Debtor Cyndi L. Wolf scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com  
                                                            TOTAL: 6